**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00456-CV

---

**WILLIAM CHU, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATE SERIES 2005-OPT3, ET AL., Appellees**

---

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-13182**

---

## ORDER

We **GRANT** appellant's July 24, 2013 motion for an extension of time to file a brief **to the extent** that appellant shall file his brief within **THIRTY DAYS of the date of this order**.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE